**No. 09-999. Clifton Mallery, et al., Petitioners v. NBC Universal, Inc., et al.**

561 U.S. 1020, 130 S. Ct. 3496, 177 L. Ed. 2d 1083, 2010 U.S. LEXIS 5200.

June 21, 2010. Petition for rehearing denied. Justice Sotomayor took no part in

the consideration or decision of this petition.

Former decision, 559 U.S. 1101, 130 S. Ct. 2378, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3663.